## Schreiber Liquor License Case.

Argued March 19, 1969. *I. Reines Skier,* Special Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Edward B. Bergman,* with him *Solo, Abrams, Bergman, Trommer & Padova,* for appellee.

Order affirmed.

WRIGHT, P. J., and JACOBS, J., dissent.

SPAULDING, J., absent.